COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Azhar M. Chaudhary v. Victoria A. Mora and Kristie R. Salter

Appellate case number:   01-21-00352-CV

Trial court case number:  18-DCV-254442

Trial court:                     434th District Court of Fort Bend County

On November 30, 2021, appellant filed a motion for extension of time to file its brief, claiming that he did not have access to court files and asked for an extension until December 6, 2021. The Court granted the motion on November 30, 2021, but appellant filed its brief the same day. The Court set appellees' brief due on December 30, 2021.

On December 29, 2021, appellant filed a motion for leave to file an amended brief, together with its amended brief. Appellees filed a response opposing the motion for leave.

The Court **grants** the motion for leave and **orders** the amended brief **filed as of today**. The Court **sua sponte grants** appellees a **30-day extension to file their brief**.

It is so ORDERED.

Judge's signature: ____Justice Peter Kelly_____
☑ Acting individually    ☐ Acting for the Court

Date:  _December 29, 2021_____